IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2023 OCT 26  A 10:37

Edward Lasar King 270846 AIS#
Full name and prison number
of plaintiff(s)

v.

Commissioner John Q. Hamm,
Sheryl Price, other Alabama
Department of Corrections entities
of The State of Alabama.

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:23-CV-00624-ECM-CWB
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Kilby Correctional Facility**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **All of the current holding facilityes in the state of alabama.**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. John Q. Hamm | A.D.O.C. |
| 2. Sheryl Price | A.D.O.C. |
| 3. Entities | A.D.O.C. |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **From 2010 to 2023.**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Lack of Security, being under staffed is a security health hazard, and a deliberate indifference to petitioner's**

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) health, as well as his safety. Petitioner was assaulted with a baton/stick by another inmate and there was not an officer in the "E" dormatory at the time. The only way that petitioner can recall the time, and date, is by subpoening the medical records of the petitioner. This is also diliberate indifference because officers are aware and do nothing to fix the problem at all. Under the color of law.

GROUND TWO: Violation of Courtesy and tact by intentionally being housed with mental health inmates at every prison in the State of Alabama.

SUPPORTING FACTS: Intentionally being housed with mental health inmates is Cruel and unusual punishment inflicted, which is an 8th (VIII) amendment violation. Deliberate indifference is because the state officials are aware of the problem thoroughly, but are not doing nothing to solve the problem. Under the color of law.

GROUND THREE: Violation of the equal protection of the laws.

SUPPORTING FACTS: As a prisoner I have a right to be free from Cruel and unusual punishment, yet Alabama Department of Corrections Industry does not respect the laws, nor the Constitutional Amendments of the United States, or Alabama. Black mold is growing in (6) six of the (7) seven prisons that I have been housed at in the shower area. All of this is unfit living conditions. During a T.B. outbreak around 11-17-2022 to 04-12-2023 A.D.O.C. officials never isolated the guys who tested positive and this jeopardized the safety to petitioner and all other inmates at the facility. They put up a list of those who tested positive. Deliberate Indifference.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the Court to issue an order for the State of Alabama to pay petitioner (27.8) twenty-seven point eight million dollars for each day that I have been forced to live in the unfit living condition of their industrial facilities. Wrongfully convicted

Edward Lavor King   AIS# 270846
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-23-2023
(Date)

SUPPORTING FACTS:

Edward Lavor King, pro-se   AIS# 270846
Signature of plaintiff(s)

4

Edward Lavar King AIS# 270846
C-7
Kilby Corr. Fac.
P.O. Box 150
Mt. Meighs, AL. 36014



1 Free Legal Mail Stamp

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Legal Mail

OFFICE OF THE CLERK
United States District Court
One Church Street, Suite B-110
Montgomery, AL. 36104-4018